**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

JOSEPH GRASSO, JR., KEVIN KEARNEY, MONICA KEARNEY, MARY ELLEN KLEINFELD, JAMES MARTIN, BRENDA MARTIN, KAREN SZOCIK, JANICE WOSSOWSKI, WILLIAM WOSSOWSKI, JR.,

                    Plaintiffs,

    v.

THE UNITED GROUP OF COMPANIES, INC; DAVIS CAPITAL GROUP, INC; DCG FUNDS MANAGEMENT, LLC; DCG/UGOC FUNDS MANAGEMENT II, LLC; MICHAEL J. UCCELLINI and JESSICA F. STEFFENSEN as Executor and Executrix, Respectively, of the ESTATE OF WALTER F. UCCELLINI; MICHAEL J. UCCELLINI; MCM SECURITIES, LLC; and MILLENNIUM CREDIT MARKETS, LLC,

                    Defendants.

Case No. 1:16-cv-00965-GLS-CFH

**NOTICE OF APPEAL**

---

Notice is hereby given that Plaintiffs Joseph Grasso Jr., Kevin Kearney, Monica Kearney, James Martin, Brenda Martin, Janice Wossowski, and William Wossowski, Jr. in the above-captioned case appeal to the United States Court of Appeals for the Second Circuit from this Court's April 9, 2018 Amended Memorandum – Decision and Order (Dkt. No. 56) dismissing their claims in their entirety. The remaining plaintiffs, Mary Ellen Kleinfeld and Karen Szocik, whose claims were not dismissed in their entirety, have settled (Dkt. No. 82) and are not appealing. By virtue of this Court's June 26, 2019 Order Dismissing Action by Reason of Settlement (Dkt. No. 83), the Court has now disposed of all claims and all parties and this matter is ripe for appeal.

1

DATED:  July 25, 2019

KELLER ROHRBACK L.L.P.

By /s/ Gary A. Gotto

Gary A. Gotto
ggotto@kellerrohrback.com
3101 North Central Ave, Suite 1400
Phoenix, AZ 85012
Telephone:  (602) 248-0088
Facsimile:  (602) 248-2822

David J. Ko
dko@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone:  (206) 623-1900
Facsimile:  (206) 623-3384

DEVINE, SNYDER & BRUNO, LLP

Terrence J. Devine
tdevine@dsblawyers.com
52 Corporate Circle, Suite 207
Albany, NY 12203
Telephone: (518) 464-0640

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 25th day of July, 2019, the foregoing was

filed electronically. Notice of this filing will be sent to all parties by operation of the Court's

CM/ECF system.

 DATED:  July 25, 2019.

/s/ Gary A. Gotto
Gary A. Gotto

4846-1777-3213, v. 3